☐AO 98A (9/01) Includes violations of Conditions of Release as well as non-appearance as grounds for forfeiture.

# United States District Court

__EASTERN__ District of __CALIFORNIA__

UNITED STATES OF AMERICA

V.

Francisco Lopez
_Defendant_

**APPEARANCE AND COMPLIANCE BOND**

FILED
2005 SEP 30 P 3: 26
CK, US DIST COURT
E... ...LIF
[...]

Case Number: 05 MJ 00264 LJO

Non-surety: I, the undersigned defendant acknowledge that I and my ...
Surety: We, the undersigned, jointly and severally acknowledge that we and our ...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ __2,400.00__ , and there has been deposited in the Registry of the Court the sum of
$ __)__ in cash or __N/A__ (describe other security.)

The conditions of this bond are that the defendant, __Francisco Lopez__
(Name)

is to (1) appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred; (2) comply with all conditions of release imposed by the court, and (3) abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on __9/29/05__ at __U.S. District Court, ED of CA, Fresno, California__
Date                                            Place

Defendant _____ Address _____

Surety _Norma Carrillo_ Address _1256 Bennett Way, Sanger, Ca. 93657_

Surety _____ Address _____

Signed and acknowledged before me on __9/29/05__
Date

_Mamie Hernandez_
Judicial Officer/Clerk

Approved: _[signature]_

cc: AUSA, PTS, Fed Defender

## JUSTIFICATION OF SURETIES

I, the undersigned surety, say that I reside at X 1256 Bennett Way Sanger _____ ; and that my net worth is the sum of Twenty four hundred _____ dollars ($ 2,400.00).

I further state that X Equity of property @ 1256 Bennett Way. Sanger

_____
Norma A Carrillo
Surety

Sworn to before me and subscribed in my presence on  9/29/05
                                                      Date

at  U.S. District Court, 1130 O Street, Fresno, California
                                                Place

Mamie Hernandez_____          M Hernandez_____
Name and Title — Deputy Clerk            Signature of Judicial Officer/Clerk

---

I, the undersigned surety, state that I reside at _____

_____ ; and that my net worth is the sum of

_____ dollars ($ _____ ).

I further state that

_____
Surety

Sworn to before me and subscribed in my presence on _____
                                                      Date

at  U.S. District Court, 1130 O Street, Fresno, California
                                                Place

_____          _____
        Deputy Clerk                     Signature of Judicial Officer/Clerk
      Name and Title

Justification Approved: _____
                          Judicial Officer